IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |  |
|---|---|---|
| Plaintiff | ) ) ) | |
| v. | ) ) ) ) ) ) | Civil Action No. |
| Defendants | ) | |

## MOTION FOR DEFAULT JUDGMENT

Comes now _____ and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendants. In support of this request, _____ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

RONALD R. HUFF
Attorney and Counselor at Law
112 South Crockett Street
Sherman, Texas 75090
(903) 893-1616 (telephone)
(903) 813-3265 (facsimile)
ronhuff@gcecisp.com


 _/s/ Ronald R. Huff
Ronald R. Huff (SBN 10185050)
**ATTORNEY FOR PLAINTIFF**