IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MURRAY, MARK )
Plaintiff )
)
v. )  Civil Action No. 4:21cv12
)
)
STENGEL, PATSY DBA DIAMONDS COSMETOLOGY COLLEGE AND DIAMONDS BAR )
Defendant )

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Ronald R. Huff, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. Complaint was served upon the defendants on January 6, 2021 and January 8, 2021, no response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, STENGEL, PATSY DBA DIAMONDS COSMET.

3. The claim of the plaintiff is for the sum of $ 93,184.00 plus interest from the date of judgment as provided by law, together with the costs of this action.

_____
Attorney for Plaintiff

Sworn to and subscribed before me this 30th day of March, 2021.

_____
Notary Public
My Commission Expires: 2/18/2023

JUERENA R. HOFFMAN
Notary Public, State of Texas
Comm. Expires 02-18-2023
Notary ID 124471865