# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **MARK MURRAY,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:21-cv-12** |
| | § | |
| **PATSY STENGEL D/B/A DIAMONDS** | § | |
| **COSMETOLOGY COLLEGE AND** | § | |
| **DIAMONDS BARBER COLLEGE** | § | |
| **AND** | § | |
| **DCBC SERVICES LLC/MICHELLE** | § | |
| **RITCHIE D/B/A DIAMONDS** | § | |
| **COSMETOLOGY COLLEGE AND** | § | |
| **DIAMONDS BARBER COLLEGE,** | § | |
| Defendants. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

CAME ON this day to be considered Plaintiff Mark Murray's Motion for Default Judgment against Defendants Patsy Stengel d/b/a Diamonds Cosmetology College and Diamonds Barber College and DCBC Services LLC/Michelle Ritchie d/b/a Diamonds Cosmetology College and Diamonds Barber College in the above entitled matter, and the court having considered the motion finds that it should be GRANTED.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for default judgment against Defendants Patsy Stengel d/b/a Diamonds Cosmetology College and Diamonds Barber College and DCBC Services LLC/Michelle Ritchie d/b/a Diamonds Cosmetology College and Diamonds Barber College should be granted.